304 So.2d 268

**In re William Earl MOORE**

**v.**

**STATE.**
**Ex parte STATE of Alabama ex rel.**
**ATTORNEY GENERAL.**

**SC 1055.**

Supreme Court of Alabama.

Dec. 5, 1974.

William J. Baxley, Atty. Gen., and John S. Andrews, Asst. Atty. Gen., for petitioner, the State.

No brief for respondent.

MADDOX, Justice.

Petition of the State, by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Moore v. State, 54 Ala.App. 22, 304 So.2d 263.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.

304 So.2d 248

**In re William Otis MYRICK**

**v.**

**CITY OF MONTGOMERY.**

**Ex parte The CITY OF MONTGOMERY**
**ex rel. MUNICIPAL PROSECUTOR.**

**SC 1051.**

Supreme Court of Alabama.

Dec. 5, 1974.

John T. Kirk, Montgomery, for petitioner.

No brief for respondent.

MERRILL, Justice.

Petition of the City of Montgomery by its Municipal Prosecutor for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Myrick v. City of Montgomery, 54 Ala.App. 5, 304 So.2d 247.

Writ denied.

HEFLIN, C. J., and HARWOOD, MADDOX and FAULKNER, JJ., concur.